**Mauricio Mack GILL, Plaintiff–Appellant,**

v.

**Gary WATERS, Portsmouth Sheriff, Defendant–Appellee.**

No. 03–7059.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 10, 2003.

Mauricio Mack Gill, Appellant pro se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Mauricio Mack Gill appeals the district court's order denying relief on his civil complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Gill v. Waters,* No. CA–03–432–2 (E.D. Va. entered June 20, 2003; filed July 1, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*